Matter of Rooker (2024 NY Slip Op 00583)

Matter of Rooker

2024 NY Slip Op 00583

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., OGDEN, NOWAK, DELCONTE, AND KEANE, JJ. (Filed Jan. 17, 2024).

&em;

[*1]MATTER OF CHARLES O. ROOKER, A DISBARRED ATTORNEY, RESPONDENT. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, PETITIONER.

MEMORANDUM AND ORDER
Order entered striking respondent's name from the roll of attorneys, effective August 21, 2023, pursuant to 22 NYCRR 1240.12 (c) (1) and Judiciary Law § 90 (4) (b).